**No. P67/163.**—Famous Jobbing Co., Inc., et al. v. United States, protests 64/10189, etc. (Los Angeles).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rainwear similar in all material respects to that the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 16, 1967

**No. 67/164.**—Latama, Inc. v. United States, protest 65/18834 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of knives similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 17, 1967

**No. P67/165.**—Yuasa Trading Co. (America), Inc., and Arthur J. Fritz & Co. v. United States, protest 62/15721 (San Francisco).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of charcoal briquettes similar in all material respects to those subject of *A. L. Farnsworth* v. *United States* (50 Cust. Ct. 62, C.D. 2389), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 17, 1967

**No. 67/166.**—Lipman's v. United States, protest 63/2633 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of brass strainers similar in all material respects to those the subject of *Davies Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651), the claim of the plaintiff was sustained.